## FUNKENSTEIN v. ELGUTTER.

The People *ex rel.* Jones *v.* The County Court of El Dorado County (10 Cal. 19) affirmed.

APPEAL from the County Court of San Francisco County.

This action was originally commenced in a Justice's Court on a promissory note for two hundred dollars. Summons was duly issued and returned served personally on all the defendants, who failed to appear, and judgment was taken against them by default. Defendants appealed from the whole judgment of the Justice, on questions of both law and fact. No statement of the grounds upon which the appellants intended to rely in the County Court was filed with the Justice.

On the calling of the case in .the County Court, the respondent moved to dismiss the appeal, on the ground that an appeal could not be taken from a Justice's judgment rendered by default, on questions of both law and fact; which motion was denied by the Court, and respondent excepted.

The County Court allowed the defendant, Newburger, to answer, and ordered a trial anew. The cause was tried without a jury, and judgment rendered for the defendant; from which the plaintiff appealed to this Court.

*H. Lee & E. D. Sawyer* for Appellant.

1st. The County Court erred in refusing to dismiss the appeal from the judgment of the Justice.

2d. The Court erred in trying the case anew, as there was no issue of fact in the Justice's Court from which defendants could appeal. Nor could the Court try said cause on questions of law, as appellant had filed no statement of the grounds upon which he intended to rely. The People *ex rel.* Jones *v.* The County Court of El Dorado County, 10 Cal. 19.

FIELD, J., delivered the opinion of the Court—BALDWIN, J., concurring.

Ordered that the judgment of the County Court be reversed, with directions to dismiss the appeal from the Justice's Court, on the authority of The People *v.* The County Court of El Dorado Co., 10 Cal. 19.